# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL A. BLANCO,<br><br>        Plaintiff,<br><br>    v.<br><br>KENT THIRY, et al.,<br><br>        Defendants. | Case No.: 1:13-cv-01235-SAB (PC)<br><br>ORDER STRIKING FILING BY THIRD PARTY<br><br>[ECF No. 11] |

      Plaintiff Manuel A. Blanco is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

      On April 16, 2014, inmate William Horn submitted a notice to the Court on behalf of Plaintiff, Manuel A. Blanco. The document was signed by William Horn only.

      Filings must include the original signature of the filing party, Fed. R. Civ. P. 11(a); Local Rule 131, and all documents submitted without the required signature are stricken. (ECF No. 3, First Informational Order, § II(G).

///

///

///

///

///

1

1  In light of Plaintiff's failure to sign the notice, it is HEREBY ORDERED STRICKEN from the
2  record, which renders it a nullity.

4  IT IS SO ORDERED.

5  Dated:  **April 29, 2014**

   UNITED STATES MAGISTRATE JUDGE