UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL A. BLANCO,<br><br>         Plaintiff,<br><br>    v.<br><br>DAN RICABLANCA,<br><br>         Defendant. | Case No.: 1:13-cv-01235-SAB (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR EVIDENTIARY SANCTIONS AND/OR DISMISSAL OF THE ACTION<br><br>[ECF No. 26] |

   Plaintiff Manuel A. Blanco is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), the parties have consented to the jurisdiction of the United States Magistrate Judge.  (ECF Nos. 5, 27.)

   On March 11, 2016, Defendant filed a motion for evidentiary sanctions and/or dismissal of the action for Plaintiff's failure to comply with the Court's order granting Defendant's motion to compel.  (ECF No. 26.)

   Plaintiff is hereby directed to file a response to Defendant's motion within thirty (30) days from the date of service of this order.  Failure to comply with this order will result in dismissal of the action for failure to prosecute and comply with a court order.  Local Rule 110.

IT IS SO ORDERED.

Dated:   **March 14, 2016**

UNITED STATES MAGISTRATE JUDGE

1